Gregory F. Hurley (SBN 126791)
Richard H. Hikida (SBN 196149)
Greenberg Traurig, LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA  92626
Tel: (714) 708-6500

FILED

FEB 22 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Sanford<br><br>v.  Plaintiff(s)<br><br>Taco Bell Corp. doing business as Taco Bell #2801<br><br>Defendant(s) | CASE NUMBER:<br>04-cv-01753 FCD-CMK<br><br>**SUBSTITUTION OF ATTORNEY** |

TACO BELL CORP.,     [ ] Plaintiff  [X] Defendant  [ ] Other _____
        Name of Party

hereby substitutes  Gregory F. Hurley, of Greenberg Traurig, LLP  who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  650 Town Center Drive, Suite 1700
                                                                   Street Address

Costa Mesa, CA 92626    (714)708-6500   (714)708-6501    126791
 City, State, Zip Code    Telephone Number   Facsimile Number   State Bar Number

as attorney of record in the place and stead of  Jeffrey H. Dasteel of Skadden, Arps, Slate, Meagher, and Flom LLP
                                                                      Present Attorney

Dated: December 20, 2005

*Signature of Party*

Richard Deleissegues for Taco Bell Corp.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: December ___, 2005

*Signature of Present Attorney*
Jeffrey H. Dasteel

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: December 21, 2005

*Signature of New Attorney*
Gregory F. Hurley

Substitution of Attorney is hereby  [X] Approved.  [ ] Denied.

Dated: 2/21/06

United States District Judge / Magistrate Judge.

**NOTICE TO COUNSEL:** If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                     G-01

Gregory F. Hurley (SBN 126791)
Richard H. Hikida (SBN 196149)
Greenberg Traurig, LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Tel: (714) 708-6500

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| James Sanford | CASE NUMBER: |
|---|---|
| | 04-cv-01753 FCD-CMK |
| v. Plaintiff(s) | |
| Taco Bell Corp. doing business as Taco Bell #2801 | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

TACO BELL CORP. ☐ Plaintiff [X] Defendant ☐ Other
*Name of Party*

hereby substitutes Gregory F. Hurley, of Greenberg Traurig, LLP who is

[X] Retained Counsel  ☐ Court Appointed Counsel  ☐ Pro Per  650 Town Center Drive, Suite 1700
*Street Address*

Costa Mesa, CA 92626  (714)708-6500  (714)708-6501  126791
*City, State, Zip Code*  *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of Jeffrey H. Dasteel of Skadden, Arps, Slate, Meagher, and Flom LLP
*Present Attorney*

Dated: December 20, 2005

*Signature of Party*

Richard Deleissegues for Taco Bell Corp.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: December __, 2005

*Signature of Present Attorney*
Jeffrey H. Dasteel

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: December 20, 2005

*Signature of New Attorney*
Gregory F. Hurley

Substitution of Attorney is hereby ☐ Approved. ☐ Denied.

Dated: _____

United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (03/02)  G01

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **650 Town Center Drive, Suite 650, Costa Mesa, CA 92626.**

On December 21, 2005, I served the SUBSTITUTION OF ATTORNEY on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

See attached Service List

☒ **(BY MAIL)**

☐ I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**
On Type Date here, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Costa Mesa, California.

☐ (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 21, 2005, at Costa Mesa, California.

_____
Signature

Stacey Sautter
Print Name

SERVICE LIST
Sanford v. Taco Bell Corp

| K. Lucy Atwood, Esq.<br>Jeffrey H. Dasteel, Esq.<br>Skadden Arps Slate Meagher and Flom<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>(213) 687-5000<br>*Attorneys for Defendant*<br>*Taco Bell Corporation* | Lynn Hubbard, III<br>Law Offices of Lynn Hubbard III<br>12 Williamsburg Lane<br>Chico, CA 95926<br>(530) 895-3252<br>*Attorney for Plaintiff*<br>*James Sanford* |
|---|---|